```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     E-mail:    alex.wyman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
05/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-mj-02326 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING COMPLAINT AND RELATED DOCUMENTS; DECLARATION OF ALEXANDER C.K. WYMAN |
| v. | |
| WILLIAM SADLEIR, | **(UNDER SEAL)** |
| Defendant. | |

The government hereby applies <u>ex parte</u> for an order that the complaint and any related documents in the above-titled case (except the arrest warrant for the charged defendant), be kept under seal until the charged defendant is arrested and taken into custody.

//
//
//
//
//
//
//

This ex parte application is based on the attached declaration of Alexander C.K. Wyman.

Dated: May 21, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/

ALEXANDER C.K. WYMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ALEXANDER C.K. WYMAN**

I, Alexander C.K. Wyman, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. Defendant WILLIAM SADLEIR ("defendant") has not been taken into custody on the charges contained in the complaint and has not been informed that he is being named as a defendant in the complaint. The likelihood of apprehending defendant might be jeopardized if the complaint or affidavit in this case were made publicly available before defendant is taken into custody on the complaint.

3. Accordingly, the government requests leave to file the criminal complaint and underlying affidavit under seal. The government requests that the complaint and affidavit remain under seal until defendant is arrested and taken into custody on the charges in the complaint.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 21, 2020.

ALEXANDER C.K. WYMAN

1