NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     E-mail:    alex.wyman@usdoj.gov

ROBERT ZINK
Chief, Fraud Section
AMANDA R. VAUGHN (MD Bar, numbers not assigned)
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
     1400 New York Ave. NW
     Washington, D.C. 20530
     Telephone: (202) 616-4530
     Facsimile: (202) 514-0152
     E-mail:    amanda.vaughn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. MJ 20-2326 |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| WILLIAM SADLEIR, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and the Fraud Section of the United States Department of Justice, and defendant WILLIAM SADLEIR ("defendant"), by and through his counsel of record, Deputy Federal Public Defender Adam Olin,

hereby stipulate that defendant's conditions of pretrial release should be modified to remove the condition that defendant maintain or actively seek employment and provide proof to his supervising agency. This stipulation is based on the following:

1. Defendant was released on bond on May 22, 2020 under certain conditions of pretrial release.

2. One of the conditions of defendant's release required that defendant maintain or actively seek employment and that he provide proof of his employment or efforts to seek employment to the supervising agency. (Dkt. 7 at 2.)

3. The conditions also imposed location monitoring and restricted defendant to his residence every day, with an exception for medical needs or treatment, attorney visits, and court appearances. (*Id.* at 3-4.) No exception was made for employment purposes.

4. Because defendant is restricted to his home without the ability to seek employment, the parties agree that the Court should modify defendant's bond to remove the condition that he maintain employment or actively seek employment.

//
//
//
//
//
//
//
//
//

5. United States Probation and Pretrial Services Officer Nicholas Walker agrees with this proposed modification.

Dated: June 2, 2020                Respectfully submitted,

                                   NICOLA T. HANNA
                                   United States Attorney

                                   BRANDON D. FOX
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                       /s/
                                   ALEXANDER C.K. WYMAN
                                   Assistant United States Attorney
                                   AMANDA R. VAUGHN
                                   Trial Attorney
                                   Fraud Section, Criminal Division
                                   United States Department of Justice

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

Dated: June 2, 2020                    /s/ (with email authorization)
                                   ADAM OLIN
                                   Deputy Federal Public Defender
                                   Attorney for Defendant
                                   WILLIAM SADLEIR

3