UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No.  20-2326M                                                                   Date: June 19, 2020

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

Interpreter    N/A

| Ilene Bernal | N/A | Alexander Wyman |
|---|---|---|
| *Courtroom Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| WILLIAM SADLIER | N/A | | X | Adam Olin, DFPD | N/A | X | |

**Proceedings: (IN CHAMBERS)**

On the Court's own motion, the date by which defendant shall post a cash deposit (and submit two new 3rd party affidavits of surety) in compliance with the conditions of his bond is extended from June 21, 2020 to June 25, 2020 to allow adequate time for submission and consideration of an amended stipulation for modification of bond.

IT IS SO ORDERED.

**Initials of Deputy Clerk**   IB