# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-MJ-2326 |
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF BOND** |
| v. | |
| WILLIAM SADLEIR, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the financial component of the bond previously issued in this matter is modified as follows: By July 9, 2020, defendant shall post four affidavits of surety without justification in the total amount of $5,000,000. The four individuals who shall post the affidavits are: Hannah Sadleir, defendant's wife; Tyson Sadleir, defendant's son; Don Rich, friend; and Jonathan Neville, friend. Each surety shall be jointly and severally liable for the $5,000,000 bond. The existing $100,000 affidavit of surety without justification signed by Hannah Sadleir will be exonerated upon receipt of her new $1.25 million affidavit of surety without justification. The cash deposit and other surety conditions are removed from the bond. All other conditions of the bond previously issued shall remain in effect.

Dated: 6/23/2020

_____
Alexander F. MacKinnon
United States Magistrate Judge