AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
(E-mail: Amy_Karlin@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1462
Facsimile: (213) 894-0081

Attorneys for Defendant
WILLIAM SADLEIR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM SADLEIR,<br><br>　　　　Defendant. | Case No. 20-MJ-2326<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF BOND** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that bond previously issued in this matter be amended as follows: that Joule Kadadu be added as a surety in the amount of $1,250,000 in the place of Tyson Sadleir, with joint and several liability as set out in the bond.

Dated: July 9, 2020   By: _____
　　　　　　　　　　　　　　Alexander F. MacKinnon
　　　　　　　　　　　　　　United States Magistrate Judge